## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ABDARAHMANE DIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CIV-26-1269-SLP |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

Petitioner Abdarahmane Dia, a citizen of Senegal proceeding without counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE").[1] [Doc. No. 1]. The undersigned has examined the Petition for writ of habeas corpus and now ORDERS as follows:

1.      Not later than 14 days from the date of this Order, Respondents shall file an answer, motion, or other response consistent with Rule 5 of the Rules Governing Section 2254 Cases.[2]

---

[1] Petitioner is currently detained in the Cimmaron Correctional Facility. [Doc. No. 1]. Petitioner has been detained since at least February 2026. *See Dia v. De Anda-Ybarra*, No. CIV-26-219-SLP, 2026 WL 767687, at *1 (W.D. Okla. Mar. 18, 2026). The Court notes that it previously granted Petitioner habeas relief and ordered that he be provided a bond hearing. *See id.* at *2. The bond hearing took place on March 24, 2026. *Id.*, [Doc. No. 14-1]. It appears Petitioner may now be challenging that bond hearing, at least in part, on due process grounds. *See* [Doc. No. 1].

[2] The Court may apply the Rules Governing 28 U.S.C. § 2254 Cases to habeas petitions arising under 28 U.S.C. § 2241. *See Whitmore v. Parker*, 484 F. App'x 227, 232 n.2 (10th Cir. 2012) (citing *Boutwell v. Keating,* 399 F.3d 1203, 1211 n. 2 (10th Cir.2005)); Rule 1(b).dsf

2.      If Respondents file an answer or other response, Petitioner may file a reply within 7 days from the filing date.  *See* Rule 5(e).

3.      If Respondents file a response, they must provide copies of any documents specifically discussed within that response, and must include copies specific to Petitioner's current detainment, current bond hearings, related past orders for supervision subject to the current detainment, and travel documents secured for this Petitioner, if any.  Respondents shall not be required to produce Petitioner's entire A-File and Respondent is not required to submit duplicate documentation if already provided by Petitioner.  Exhibits should be attached in chronological order as they are referenced in any response.

4.      If Respondents file a motion, Petitioner shall file a response within 10 days after the date the motion was filed.  Any motion that is not opposed within 10 days may, in the discretion of the Court, be deemed confessed.  *See* LCvR 7(g).

5.      The Court directs the Clerk of Court to provide the Petition and this Order to the United States Attorney for the Western District of Oklahoma on Respondents' behalf.

6.      Respondents shall provide this Court with at least 72 hours' advance notice of any scheduled removal or transfer of Petitioner out of this Court's jurisdiction. Respondents shall also file written notice of any relevant update in Petitioner's ongoing proceedings before the Immigration Court that may impact the disposition of the Petition, including if (1) an Immigration Judge orders Petitioner removed or grants voluntary departure, (2) Petitioner's removal order becomes final, or (3) Petitioner is scheduled on a removal flight.

IT IS SO ORDERED this 8th day of June, 2026.

_____
**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**